**Electronically Filed
Supreme Court
SCWC-21-0000316
24-JUN-2022
08:10 AM
Dkt. 16 OGAC**

SCWC-21-0000316

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

In the Interest of J.H.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000316; FC-S No. 18-00251)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins JJ.)

Petitioner/Petitioner-Appellee The Department of Human Services' Application for Writ of Certiorari filed on May 2, 2022, is accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, June 24, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

